UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
ELLIS BLANKENSHIP, ANN BOBINGER, :
SHAWNA BOND, CAROLYN BOOKER, :
VICTORIA BOVIA, MARGARET BOWEN, :
MONA BOWMAN, JANICE BOYD, DONNA :
BOYD, KATHERINE BOZEMAN, MARTHA :
BRADFORD, EDNA BREWER, TRACY :
BROWN, RUTH BROWN, ROBERT BROWN, :
LILLIE BROWN, SAMUEL BROYLES, LEONA :
BRUMFIELD, MICHAEL BRYANT, WILLY :
BUNTON, :
  :
    Plaintiffs. : Civil Action
v. : No. 04-11285-GAO
  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
  :
    Defendants. :
---------------------------------- x

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                    Respectfully submitted,
   Boston, Massachusetts

                                               /s/Matthew J. Matule
                                             Matthew J. Matule (BBO #632075)
                                             SKADDEN, ARPS, SLATE,
Of Counsel:                               MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,              (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant
                                           Boehringer Ingelheim Pharmaceuticals, Inc.