UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLIS BLANKENSHIP, ANN BOBINGER, SHAWNA BOND, CAROLYN BOOKER, VICTORIA BOVIA, MARGARET BOWEN, MONA BOWMAN, JANICE BOYD, DONNA BOYD, KATHERINE BOZEMAN, MARTHA BRADFORD, EDNA BREWER, TRACY BROWN, RUTH BROWN, ROBERT BROWN, LILLIE BROWN, SAMUEL BROYLES, LEONA BRUMFIELD, MICHAEL BRYANT, WILLY BUNTON, | |
| Plaintiffs. | Civil Action |
| v. | No. 04-11285-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 30, 2004                                           Respectfully submitted,
      Boston, Massachusetts

                                                      /s/Matthew J. Matule
                                                      Matthew J. Matule (BBO #632075)
                                                      SKADDEN, ARPS, SLATE,
Of Counsel:                                                           MEAGHER & FLOM LLP
Barbara Wrubel                                              One Beacon Street
Katherine Armstrong                                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                            (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                 Counsel for Defendant
 Boehringer Ingelheim Pharmaceuticals, Inc.